UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO:  6:21-cv-00454

FLORIDA CARPENTERS PENSION FUND, et al
     Plaintiffs,

v.

ASSOCIATED COST ENGINEERS INC. OF DELAWARE,
d/b/a ACE REBAR AND CONSTRUCTION,
A FLORIDA CORPORATION

     Defendant.
_____/

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons

order:

1.)    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

**VENABLE LAW FIRM, P.A., PATRICK A. VENABLE, and W. ERIC VENABLE, P.A., Attorneys for Plaintiffs**

**FLORIDA CARPENTERS PENSION FUND**

**FLORIDA UBC HEALTH FUND**

**FLORIDA UBC SUPPLEMENTAL PENSION FUND**

**FLORIDA CARPENTERS TRAINING TRUST FUND**

**PRESTON TAYLOR, FRANK D'ANGELO, JIMMIE JORDAN, CLARENCE "BILLY" CAMPBELL, CLIFFORD TUCKER, RANDY PAGE, MATTHEW SWANSON, AL REAUX, DOUGLAS WALKER, KIRK RIDDLE, JOSEPH M. CREWS, GUY CARTER, ALEXANDER JIRON, CONRAD VARNUM, CARLOS RANON, and LOUIS KINNEY, AS TRUSTEES OF PLAINTIFF FUNDS**

**CARPENTERS LOCAL 1905**

**FLORIDA CARPENTERS REGIONAL COUNCIL**

**ASSOCIATED COST ENGINEERS INC. OF DELAWARE, d/b/a ACE REBAR AND CONSTRUCTION**

**JAJA WADE, MANAGER**

2.)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known**

3.)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known**

4.)        The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Trustees, participants and beneficiaries of Plaintiff Funds.**

**I HEREBY CERTIFY** that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:   April 1st, 2021

                                        **VENABLE LAW FIRM, P.A.**

                                        By: S/W. Eric Venable __
                                        W. Eric Venable, Esquire
                                        Lead Attorney for Plaintiffs
                                        Florida Bar:  149593
                                        7402 N. 56th Street, Suite 380
                                        Tampa, Florida  33617
                                        (813) 985-7122 - Telephone
                                        (813) 985-8622 - Facsimile
                                        eric@venablelawfirm.com

3