UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO:  6:21-cv-00454-EJK

FLORIDA CARPENTERS PENSION FUND, et al

       Plaintiffs,

v.

ASSOCIATED COST ENGINEERS INC. OF DELAWARE,
d/b/a ACE REBAR AND CONSTRUCTION, A FLORIDA
CORPORATION

       Defendant.

_____/

## PLAINTIFFS' NOTICE OF NO ADMINISTRATIVE PROCEEDINGS

Plaintiffs file this Notice that there have been no administrative

hearings in this case.

Dated: August 25, 2021

**VENABLE LAW FIRM, P.A.**
By:  S/W. Eric Venable
W. Eric Venable, Esquire
Lead Attorney for Plaintiffs
Florida Bar:  149593
7402 N. 56th Street, Suite 380
Tampa, Florida  33617
(813) 985-7122 - Telephone
(813) 985-8622 - Facsimile
eric@venablelawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 25, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michelle Kane.

**VENABLE LAW FIRM, P.A.**

By: S/W. Eric Venable
W. Eric Venable, Esquire
Lead Attorney for Plaintiffs
Florida Bar: 149593
7402 N. 56th Street, Suite 380
Tampa, Florida 33617
(813) 985-7122 - Telephone
(813) 985-8622 - Facsimile
eric@venablelawfirm.com

2