# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### CASE NO:  6:21-cv-00454-EJK

FLORIDA CARPENTERS PENSION FUND, et al

       Plaintiffs,

v.

ASSOCIATED COST ENGINEERS INC. OF DELAWARE,
d/b/a ACE REBAR AND CONSTRUCTION,
A FLORIDA CORPORATION

       Defendant.

_____/

### JOINT NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant file this Joint Notice of Dismissal with Prejudice.

The case has been amicably resolved.

 Dated: September 24, 2021

| **BENNETT LEGAL GROUP, P.A.** | **VENABLE LAW FIRM, P.A.** |
|---|---|
| By: S/Michelle B. Kane | By:  S/W. Eric Venable |
| Michelle B. Kane, Esquire | W. Eric Venable, Esquire |
| Lead Attorney for Defendant | Lead Attorney for Plaintiffs |
| Florida Bar: 0139718 | Florida Bar:  149593 |
| 214 South Lucerne Circle East, Suite 201 | 7402 N. 56th Street, Suite 380 |
| Orlando, Florida 32801 | Tampa, Florida  33617 |
| 407-734-4559 Telephone | 813-985-7122 - Telephone |
| 407-209-1006 Facsimile | (813) 985-8622 - Facsimile |
| www.bennettlegalgroup.com | eric@venablelawfirm.com |
| michelle@bennettlegalgroup.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on September 24. 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Michelle B. Kane.

**VENABLE LAW FIRM, P.A.**
By:  S/W. Eric Venable
W. Eric Venable, Esquire
Lead Attorney for Plaintiffs
Florida Bar:  149593
7402 N. 56th Street, Suite 380
Tampa, Florida  33617
(813) 985-7122 - Telephone
(813) 985-8622 - Facsimile
eric@venablelawfirm.com